

# Fourth Court of Appeals
## San Antonio, Texas

December 21, 2016

No. 04-16-00503-CV

**IN RE ESTATE OF RAMIRO AGUILAR JR., DECEASED**,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2012-PC-2800
Honorable Tom Rickhoff, Judge Presiding

## O R D E R

After this court granted appellants a forty-five-day extension, appellants' brief is currently due December 29, 2016. On December 19, 2016, appellants filed a second motion for extension of time, asking for additional time in which to file their brief. In the motion, which is unopposed, appellants contend they need additional time to file their brief because the clerk's record — which was filed in this court on October 14, 2016, and contains only four documents — is incomplete in that it does not include all of the documents requested by appellants for inclusion in the clerk's record. This court cannot determine exactly which documents are missing because the clerk's record does not contain a request for the clerk's record that would show exactly what documents appellants requested and appellants did not provide this court with a copy of such request. Appellants also ask that we order the clerk to "re-do" the clerk's record and resubmit it to this court. We assume by "re-do" appellants mean the clerk should file a supplemental clerk's record containing the documents requested by appellant for inclusion in the clerk's record.

Accordingly, we **ORDER** the Bexar County Clerk to: (1) determine the cost of a supplemental clerk's record that includes all documents requested by appellants for inclusion in the clerk's record; (2) send appellants an invoice of said cost within ten days of the date of this order; and (3) file the supplemental clerk's record in this court within thirty days of receipt of payment. We **ORDER** appellants to file a copy of the invoice in this court immediately upon receipt. We further **ORDER** appellants to provide payment to the clerk for the supplemental clerk's record within five days of receipt of the invoice and to file written proof in this court that such payment has been made when it is made. We **ORDER** appellants to file their brief in this court on or before thirty days after the date the supplemental clerk's record is filed in this court.

We **order** the clerk of this court to serve a copy of this order on all counsel and the Bexar County Clerk.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of December, 2016.



Keith E. Hottle
Clerk of Court